IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(GALVESTON DIVISION)

| | | |
|---|---|---|
| GUADALUPE GARCIA ATKINSON, JR., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE #: 3:19-cv-00212-VDG |
| | § | |
| UNION PACIFIC RAILROAD, | § | |
| INDIVIDUALLY, AND AS SUCCESSOR- | § | |
| IN-INTEREST TO SOUTHERN PACIFIC | § | |
| TRANSPORTATION COMPANY, | § | |
| Defendant. | § | |

## JOINT NOTICE OF SETTLEMENT

COME NOW, Plaintiff Guadalupe Garcia Atkinson, Jr., and Defendant Union Pacific Railroad Company (hereinafter "Union Pacific"), by and through their undersigned counsel, and submit this Joint Notice of Settlement. Plaintiff and Union Pacific have reached a confidential settlement agreement.

Pending funding of said settlement and execution of the settlement documents, including dismissal from this lawsuit, Plaintiff and Union Pacific respectfully ask the Court to defer ruling on any motions filed by the parties in this matter, as those motions are now made moot by the parties' settlement.

Plaintiff and Union Pacific further request that they be excused from complying with any upcoming deadlines and court dates, including settlement conferences, pre-trial hearings, and/or trial of this matter.

//
//
//
//
//
//
//
//
//
//

Dated this 5th day of November 2020.

Respectfully submitted,

| COZEN O'CONNOR | VICKERY & SHEPHERD, LLP |
|---|---|
| /s/ Gregory S. Hudson | /s/ Arnold Anderson Vickery |
| Gregory S. Hudson | Arnold Anderson Vickery |
| Texas Bar No. 00790929 | Texas Bar No. 20571800 |
| Julia Gandara Simonet | Fred H. Shepherd |
| Texas Bar No. 24093470 | Texas Bar No. 24033056 |
| 1221 McKinney St., Suite 2900 | Brian B. Winegar |
| Houston, TX  77010 | Texas Bar No. 24081218 |
| Telephone: 832-214-3900 | Earl Landers Vickery |
| Facsimile: 832-214-3905 | Texas Bar No. 20571900 |
| Email: ghudson@cozen.com | 10000 Memorial Dr., Suite 750 |
| Email: jsimonet@cozen.com | Houston, TX  77024-3485 |
| | Telephone:  713-526-1100 |
| | Facsimile:  713-523-5939 |
| | Email: andy@justiceseekers.com |
| | Email: fred@justiceseekers.com |
| | Email: brian@justiceseekers.com |
| | Email: lanny@justiceseekers.com |

<u>Certificate of Service</u>

I hereby certify that on November 5, 2020, the Joint Notice of Settlement was electronically filed with the Clerk of Court using the ECF system, which will send an email notification of such filing to all counsel of record.

/s/ Arnold Anderson Vickery
Arnold Anderson Vickery