United States District Court
Southern District of Texas
**ENTERED**
December 18, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| GUADALUPE GARCIA ATKINSON, JR., § <br> § <br> Plaintiff, § <br> VS.  § <br> § <br> UNION PACIFIC RAILROAD, § <br> INDIVIDUALLY AND AS SUCCESSOR § <br> IN INTEREST TO SOUTHERN PACIFIC § <br> TRANSPORATION COMPANY, § <br> § <br> Defendant. § | CIVIL ACTION NO. 3:19-CV-212 |

## ORDER

In accordance with the Joint Stipulated Dismissal with prejudice, Plaintiff's claims against Defendant are DISMISSED.

**SIGNED** on this __17th__ day of December, 2020, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**